

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| DAVID PAUL HEALY, | § | No. 08-17-00027-CV |
| Appellant, | § | Appeal from the |
| v. | § | 352nd District Court |
| SIMONE BARRON, | § | of Tarrant County, Texas |
| Appellee. | § | (TC# 352-286480-16) |
| | § | |

**O R D E R**

This Court has received and filed the United States Bankruptcy Court's suggestion of bankruptcy stating that Appellee, Simon Barron, has filed for bankruptcy under Chapter 13 of the Bankruptcy Code. Pursuant to 11 U.S.C. § 362, any further action in this appeal is automatically stayed. Under these circumstances, and for administrative purposes, it is ORDERED that this appeal is removed from the Court's docket and abated. The appeal will be reinstated upon proper motion showing that the stay has been lifted and specifying the action required by this Court.

Accordingly, the appeal is abated.

IT IS SO ORDERED this 25th day of March, 2021.


PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.